# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANSELMO VALADEZ-RODRIGUEZ,<br><br>Defendant. | Case No. 3:01-cr-00133-HDM-WGC<br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against ANSELMO VALADEZ-RODRIGUEZ is hereby DISMISSED.

Dated this <u>28th</u> day of January, 2022.

_____
HOWARD D. MCKIBBEN, JUDGE
UNITED STATES DISTRICT COURT